# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GUETZLOE GROUP, INC.,**

      **Plaintiff,**

-vs-                                                                Case No. **6:06-cv-404-Orl-22JGG**

**RICHARD MASK, MONIQUE BOLLHOEFER, and BURT ROPER,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on Bollhoefer's Motion for Award of Attorney's Fees and Costs (Doc. No. 69), Mask's Motion for Award of Attorney's Fees and Costs (Doc. No. 71), Roper's Motion for Award of Attorney's Fees and Costs (Doc. No. 72), Bollhoefer's Motion to Set Hearing (Doc. No. 86), and on Mask's Motion to Set Hearing (Doc. No. 87).

The United States Magistrate Judge has submitted a Report recommending that the motions for fees and costs be granted in part and denied in part, and that the motions for hearing be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 8, 2007 (Doc. No. 92) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Bollhoefer's Motion for Award of Attorney's Fees and Costs (Doc. No. 69) is granted in part and denied in part. Bollhoefer is hereby awarded attorney's fees in the amount of $21,977.50 and costs in the amount of $640.70.

    3.    Mask's Motion for Award of Attorney's Fees and Costs (Doc. No. 71) is granted in part and denied in part. Mask is hereby awarded attorney's fees in the amount of $37,075.75.

    4.    Roper's Motion for Award of Attorney's Fees and Costs (Doc. No. 72) is granted in part and denied in part. Roper is hereby awarded attorney's fees in the amount of $4,927.50.

    5.    Bollhoefer's Motion to Set Hearing (Doc. No. 86) is DENIED.

    6.    Mask's Motion to Set Hearing (Doc. No. 87) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 28, 2007.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

ANNE C. CONWAY  
United States District Judge