# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GUETZLOE GROUP, INC.,**

        **Plaintiff,**

-vs-                                        Case No. 6:06-cv-404-Orl-22UAM

**RICHARD MASK, MONIQUE BOLLHOEFER, and BURT ROPER,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Motion for Entry of Judgment by Defendant Burt Roper (Doc. No. 100).

Based on the foregoing, it is ordered as follows:

1. The Motion for Entry of Judgment (Doc. No. 100) is GRANTED.

2. The Clerk is directed to enter a Judgment for Attorney's Fees providing that the Defendant BURT ROPER recover from the Plaintiff GUETZLOE GROUP, INC. attorney's fees in the amount of $4,927.50.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 24, 2007.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge